UNITED STATES of America, Plaintiff—Appellee,

v.

Julian Randolph JOHNSON, a/k/a Zaafir Siefullah Saafir and Julian Alonzo Crim, Defendant—Appellant.

No. 05–50142.

D.C. No. CR–04–00545–JFW.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 11, 2005.*

Decided Oct. 18, 2005.

Steve Kim, Asst. U.S. Atty., Los Angeles, CA, for Plaintiff–Appellee.

Suzanne M. Lachelier, Los Angeles, CA, for Defendant–Appellant.

Before T.G. NELSON, WARDLAW and TALLMAN, Circuit Judges.

MEMORANDUM **

Julian Randolph Johnson appeals his guilty-plea conviction and sentence of 12 months and 1 day for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Johnson has filed a brief stating that he finds no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our examination of the brief and our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.